


# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN FRANCISCO AREVALOS GARCIA,

Defendant.

Case No. 2:25-mj-03842-JLS

ORDER OF DETENTION

On June 27, 2025, Defendant Juan Francisco Arevalos Garcia made his initial appearance on the Complaint filed in this matter. He was represented by Antonio Villamil of the Federal Public Defender's Office. Mr. Arevalos Garcia asked the Court to set bond, disputing the recommendation of detention made by the Pretrial Services Report.

The Court makes the following findings:

☒ On motion by the Government [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a detention hearing under § 3142(f)(2), based on a showing of risk of flight.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☐ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

Mr. Arevalos Garcia is a noncitizen. His daughter is in Mexico and he owns property in Mexico. At the moment, Mr. Arevalos Garcia lacks stable housing; he has been unhoused for the last three months. He is not currently employed either, and lacks other strong ties to this community. Mr. Arevalos Garcia did not offer anyone who could verify the information he provided to Pretrial Services, nor anyone who could serve as a potential surety, were the Court to set such a condition in his case. Finally, the Court notes several instances of noncompliance with the law and court orders, most relevant of which is Mr. Arevalos Garcia's noncompliance with protective orders issued for his mother's protection. Under these facts, the Court

does not believe that conditions could be set that would ensure Mr. Arevalos Garcia's appearance as required for further proceedings in this case.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: June 30, 2025

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE